# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 06-1886

———————

United States of America,

        Appellee,

    v.

Dana Brent Johnson,

        Appellant.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  Southern District of Iowa.
\*
\*    [UNPUBLISHED]
\*

———————

Submitted: December 19, 2006
Filed: December 21, 2006

———————

Before MURPHY, BYE, and MELLOY, Circuit Judges.

———————

PER CURIAM.

Dana Johnson appeals the 7-month prison sentence that the district court[1] imposed after revoking his supervised release. We dismiss the appeal as moot, because he was released from custody on October 17, 2006. See Spencer v. Kemna, 523 U.S. 1, 6, 18 (1998) (declaring moot challenge to allegedly erroneous parole revocation because defendant had already served entire sentence).

———————

[1]The Honorable Ronald E. Longstaff, United States District Judge for the Southern District of Iowa.

Accordingly, we dismiss this appeal as moot.

_____